**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TERRY L. CARTHEN,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORP. *et al.*,<br><br>Defendants. | ) | Civil Action No. 25-2478 (ABJ) |

**ORDER**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendant's motion to dismiss [Dkt. # 5] is **GRANTED** and the above-captioned case is **DISMISSED**.

This is a final, appealable order.

Amy B Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: August 11, 2026